THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.,

 
 
 
 
 Charles
 Hagwood, Jr., Appellant.
 
 
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2009-UP-580
 Submitted November 2, 2009  Filed
December 3, 2009  

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; and Solicitor Kevin Scott Brackett, of York;
 for Respondent.
 
 
 

PER CURIAM:  Charles Hagwood, Jr., appeals from his guilty plea to distribution of
 marijuana, and trafficking cocaine in an amount greater than twenty-eight grams
 but less than one-hundred grams, arguing the plea court failed to inform him
 that during trial, he would have the right to challenge the admission of a
 statement made to police.  Hagwood filed a separate pro se brief.  After a thorough review of the record and both
 briefs, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.